IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| IN THE MATTER OF THE SEIZURE OF: ) | **FILED UNDER SEAL** |
| 17 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| GOOGLE LLC; ) | Case No. 24-mj-08144-TJJ |
| ) | |
| 18 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| YAHOO INC; ) | Case No. 24-mj-08145-TJJ |
| ) | |
| 2 ELECTRONIC ACCOUNTS LOCATED AT ) | |
| IONOS INC; ) | Case No. 24-mj-08146-ADM |

## ORDER TO SEAL SEIZURE WARRANT

Upon the motion of the United States, I find there is good cause to seal the Application and Affidavit for Seizure Warrant, Seizure Warrant, Seizure Warrant Return, the Motion to Seal, and this Order, because their disclosure may endanger the life or physical safety of an individual, or result in the destruction of evidence or tampering with evidence, or otherwise jeopardize the ongoing investigation by prematurely revealing an ongoing investigation.

IT IS SO ORDERED that the Application and Affidavit for Seizure Warrant, Seizure Warrant, Seizure Warrant Return, the Motion to Seal, and this Order shall be sealed until further order of the Court.

IT IS FURTHER ORDERED that the Application and Affidavit for Seizure Warrant, Seizure Warrant, Seizure Warrant Return, the Motion to Seal, and this Order may be disclosed as discovery in related criminal cases without further order of the Court.

IT IS SO ORDERED.

Dated this <u>24th</u> day of July, 2024.

_____
HONORABLE RACHEL E. SCHWARTZ
UNITED STATES MAGISTRATE JUDGE